UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON RASHAD MEEKS, | ) | Case No. CV 05-6919 RSWL(JC) |
| | ) | |
| Petitioner, | ) | (~~PROPOSED~~) |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| SCOTT M. KERNAN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and

Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person

in State Custody is denied and this action is dismissed with prejudice.

DATED: March 23, 2009

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE

1